■ In the Matter of ANASTASIA R. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JESSICA R., Appellant. [18 NYS3d 552]—Appeal from an order of disposition of the Family Court, Westchester County (Janet C. Malone, J.), dated September 15, 2014. The order of disposition, upon findings of fact and conclusions of law of that court dated December 5, 2013, entered upon the mother's consent, adjudging the subject child to be permanently neglected, and after a dispositional hearing, terminated the mother's parental rights and transferred the guardianship and custody of the subject child to the Westchester County Department of Social Services for the purpose of adoption.

Ordered that the order of disposition is affirmed, without costs or disbursements.

The Family Court providently exercised its discretion in declining to issue a suspended judgment, as the evidence established that it would be in the subject child's best interest to be freed for adoption by her foster parents (*see* Family Ct Act § 631; *Matter of Star Leslie W.*, 63 NY2d 136, 147-148 [1984]; *Matter of Ashley D.W. [Marcus W.]*, 124 AD3d 670 [2015]; *Matter of Angel R.F. [Nicholas F.]*, 114 AD3d 781 [2014]; *Matter of Shaprea L.R. [Mario L.]*, 97 AD3d 587 [2012]; *Matter of Marqekah Lillius B.*, 63 AD3d 1057 [2009]).

Given the mother's refusal to testify at the dispositional hearing, even on an adjourned date, the Family Court providently exercised its discretion in declining her request, based on her claim of illness, for a further adjournment (*see Matter of Daija K.P. [Danielle P.]*, 129 AD3d 1087, 1088 [2015]; *Matter of Xiao-Lan Ma v Washington*, 127 AD3d 982 [2015]; *Matter of Tripp*, 101 AD3d 1137 [2012]).

The mother's remaining contention is without merit. Rivera, J.P., Balkin, Miller and Hinds-Radix, JJ., concur.